**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.**1:26-cv-21886-KMM

CHENITA UKA PRITCHETT,

     Plaintiff,

v.

MARLAND PROPERTIES, L.L.C. *et al.*,

     Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

To:         Defendant:     Marland Properties, L.L.C.
          Registered Agent:  Andrew L. Herskowitz
                          3250 Grand Ave Unit 201
                          Miami, Florida 33133

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Dillon S. Cuthbertson, Esq.
        Koz Law, P.A.                    Tel:   (786) 924-9929
        800 East Cypress Creek Road, Suite 421   Fax:  (786) 358-6071
        Fort Lauderdale, Florida 33334        Email: dc@kozlawfirm.com

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   __Mar 23, 2026__

*s/ W. Cendejas*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.** 1:26-cv-21886-KMM

CHENITA UKA PRITCHETT,

      Plaintiff,

v.

MARLAND PROPERTIES, L.L.C. *et al.*,

      Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

To:      Defendant:      Andrew L. Herskowitz
                                3250 Grand Ave Ste 201
                                Miami, Florida 33133

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Dillon S. Cuthbertson, Esq.
      Koz Law, P.A.
      800 East Cypress Creek Road, Suite 421      Tel:  (786) 924-9929
      Fort Lauderdale, Florida 33334                Fax:  (786) 358-6071

                                          Email: dc@kozlawfirm.com

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: _____Mar 23, 2026_____

                                              *s/ W. Cendejas*

                                              Deputy Clerk
                                                  U.S. District Courts

                        Angela E. Noble
                        Clerk of Court